**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:13-CV-641-FDW-DCK**

| | |
|---|---|
| **W. B. MASSEY, and** | ) |
| **ANN E. MASSEY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )  **ORDER** |
| | ) |
| **TIMES OIL CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Remand"

(Document No. 2) filed November 25, 2013.  This motion has been referred to the undersigned

Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having

carefully considered the motion and the record, and noting consent of the parties, the

undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Remand" (Document No.

2) is **GRANTED**.

Signed: November 26, 2013

David C. Keesler
United States Magistrate Judge

WE CONSENT:

_/s/ John H. Hasty_____     /s/ Douglas P. Arthurs_____

John H. Hasty                                      Douglas P. Arthurs

N.C. State Bar No.: 1958              N.C. State Bar No.: 10230

jhhasty@gdhs.com                    dpa@arthursfoltz.com


_/s/ Justin N. Davis_____

Justin N. Davis

N.C. State Bar No.: 27780

jndavis@gdhs.com